UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__ALEXANDRIA__ DIVISION

Towers Watson & Co. n/k/a WTW Delaware Holdings LLC

vs.

Nation Union Fire Insurance Company of Pittsburgh, PA, et. al.

Civil/Criminal Action No. 1:20-cv-810

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Towers Watson & Co. n/k/a WTW Delaware Holdings LLC in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

Willis Towers Watson plc. Subsequent to the January 4, 2016 merger of Towers Watson & Co. and Willis Group Holdings plc, Towers Watson & Co. was merged with and into WTW Delaware Holding LLC, an indirect, wholly owned subsidiary of Willis Towers Watson plc, and no longer exists as a separate entity.

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

_____

_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

7/20/2020
Date

/s/ Marla J. Diaz
Signature of Attorney or Litigant
Counsel for ___Plaintiff___

Rev. 03/12/19