## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **TOWERS WATSON & CO. n/k/a WTW DELAWARE HOLDINGS LLC,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **Civil Action No. 1:20-cv-00810** |
| **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, FEDERAL INSURANCE COMPANY, U.S. SPECIALTY INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, LIBERTY INSURANCE UNDERWRITERS INC., ALLIED WORLD NATIONAL ASSURANCE COMPANY, and IRONSHORE INDEMNITY INC.,** | § § § § § § § § § § § § § | |
| **Defendants.** | § § | |

### TOWERS WATSON & CO.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff, Towers Watson & Co. n/k/a WTW Delaware Holdings LLC ("Towers Watson"), by counsel, pursuant to 28 U.S.C. § 2201, Rule 56(a) of the Federal Rules of Civil Procedure, and Local Civil Rules 7(F) and 56, hereby moves for summary judgment against Defendants National Union Fire Insurance Company of Pittsburgh, Pa. ("AIG"), Federal Insurance Company ("Chubb"), U.S. Specialty Insurance Company ("U.S. Specialty"), Travelers Casualty and Surety Company of America ("Travelers"), Liberty Insurance Underwriters Inc. ("Liberty"), Allied World National Assurance Company ("Allied World"), and Ironshore Indemnity Inc ("Ironshore") (collectively, "Defendants" or "Insurers") for the reasons stated in

its Memorandum in Support filed contemporaneously with this motion and incorporated herein by reference.

WHEREFORE, Towers Watson respectfully requests that this Court enter a judgment declaring the rights and obligations of the parties under the Policies, including, but not limited to, the following:

(a)      that certain underlying lawsuits brought against Towers Watson fall within the scope of the insuring agreements of the insurance policies sold by and are not otherwise excluded by the defenses Defendants have raised to bar coverage;

(b)      that the coverage defenses raised by Defendants would not bar coverage for a settlement or judgement in these certain underlying actions;

(c)      that this Court provide such further and supplemental relief as it deems necessary and proper, including, but not limited to, an award of costs in favor of Towers Watson.

Respectfully Submitted,

Dated: August 6, 2020

Robin L. Cohen (*pro hac vice* application to be filed)
Adam Ziffer (*pro hac vice* application to be filed)
James H. Smith (*pro hac vice* application to be filed)
MCKOOL SMITH, P.C.
One Manhattan West
395 9th Avenue, 50th Floor
New York, New York 10001
Tel: (212) 402-9400
Fax: (212) 402-9444
rcohen@mckoolsmith.com
aziffer@mckoolsmith.com
jsmith@mckoolsmith.com

and

*/s/ Marla J. Diaz*
Andrew J. Terrell (VSB #30093)
Marla J. Diaz (VSB #46799)
Whiteford, Taylor & Preston, LLP
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042
703-280-9131
703-280-9139 facsimile
aterrell@wtplaw.com
mdiaz@wtplaw.com

*Attorneys for Plaintiff Towers Watson& Co.*