**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| Towers Watson & Co. n/k/a WTW Delaware Holdings LLC )<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>National Union Fire Insurance Company of )<br>Pittsburgh, PA )<br>Defendant. ) | Civil Action No. 1:20-CV-810 |

**JUDGMENT**

Pursuant to the order of this Court entered on November 10, 2021 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Plaintiff, Towers Watson & Co. n/k/a WTW Delaware Holdings, LLC and against the Defendants, National Union Fire Insurance Company of Pittsburg, PA, Federal Insurance Company, U.S. Specialty Insurance Company, Travelers Casualty and Surety Company of America, Liberty Insurance Underwriters Inc., Allied World National Assurance Company, and Ironshore Indemnity, Inc. in the amount of its respective remaining limit of liability with prejudgment interest at the annual rate of six percent (6%) pursuant to Virginia Code Section 6.2-302.  Each Defendant's liability for the judgment is individual, not joint, and payable by each Defendant.
Each Defendant shall pay post-judgment interest calculated at the federal statutory interest rate set forth in 28 U.S.C. § 1961 on the portion of the judgment allocable to that Defendant from the date of entry of this judgment until the date of payment by that Defendant .

                                      FERNANDO GALINDO, CLERK OF COURT

                                      By:           /s/
                                                C. Hoy
                                                Deputy Clerk

Dated: 11/12/2021
Alexandria, Virginia