# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| TOWERS WATSON & CO. n/k/a<br>WTW DELAWARE HOLDINGS LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA, *et al*,<br><br>    Defendant. | Case No. 1:20-cv-810 (AJT/JFA) |

## **JUDGMENT**

Pursuant to the order of this Court entered on March 6, 2024, and in accordance with Federal Rule of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendants, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, FEDERAL INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, LIBERTY INSURANCE UNDERWRITERS INC., ALLIED WORLD NATIONAL ASSURANCE COMPANY and IRONSHORE INDEMNITY INC. and against the Plaintiff, TOWERS WATSON & CO. n/k/a WTW DELAWARE HOLDINGS LLC.

03/06/2024
Date

FERNANDO GALINDO
Clerk

T. Randall
(By) Deputy Clerk