## APPEAL TRANSMITTAL SHEET (non-death penalty)

| Transmittal to 4CCA of notice of appeal filed: 04/03/24 | District: | District Case No.: |
|---|---|---|
| | EDVA | 1:20-cv-00810-AJT-JFA |
| ___ First NOA in Case | Division: | 4CCA No(s). for any prior NOA: |
| ___ Subsequent NOA-same party | Alexandria | 21-02396 |
| ✓ Subsequent NOA-new party | Caption: | 4CCA Case Manager: |
| ___ Subsequent NOA-cross appeal | Towers Watson & Co. v National Union Fire Insurance Company of Pittsburgh, PA et al | Marcy E. Beall |
| ___ Paper ROA  ___ Paper Supp. | | |
| Vols: _____ | | |
| Other: | | |

Exceptional Circumstances: ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

| Confinement-Criminal Case: | Fee Status: |
|---|---|
| ___ Death row-use DP Transmittal | ___ No fee required (USA appeal)  ✓ Appeal fees paid in full  ___ Fee not paid |
| ___ Recalcitrant witness | Criminal Cases: |
| ___ In custody | ___ District court granted & did not revoke CJA status (continues on appeal) |
| ___ On bond | ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) |
| ___ On probation | ___ District court never granted CJA status (must pay fee or apply to 4CCA) |
| Defendant Address-Criminal Case: | Civil, Habeas & 2255 Cases: |
| | ___ Court granted & did not revoke IFP status (continues on appeal) |
| | ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) |
| | ___ Court never granted IFP status (must pay fee or apply to 4CCA) |
| District Judge: | PLRA Cases: |
| Anthony J. Trenga | ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) |
| | ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| Court Reporter (list all): | Sealed Status (check all that apply): |
| S. Wallace | ✓ Portions of record under seal |
| T. Harris | ____ Entire record under seal |
| Tape #FTR | ____ Party names under seal |
| | ____ Docket under seal |
| Coordinator: Judith Lanham | |

| Record Status for Pro Se Appeals (check any applicable): | Record Status for Counseled Appeals (check any applicable): |
|---|---|
| ___ Assembled electronic record available upon request | ✓ Assembled electronic record available upon request |
| ___ Additional sealed record available upon request | ___ Additional sealed record available upon request |
| ___ Paper record or supplement available upon request | ___ Paper record or supplement available upon request |
| ___ No in-court hearings held | ___ No in-court hearings held |
| ___ In-court hearings held – all transcript on file | ___ In-court hearings held – all transcript on file |
| ___ In-court hearings held – all transcript not on file | ✓ In-court hearings held – all transcript not on file |
| ___ Other: | ___ Other: |

Deputy Clerk: S. Williams _____  Phone: 703-299-2100 _____  Date: 04/05/24 _____

10/2022