FILED: April 10, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1302
(1:20-cv-00810-AJT-JFA)

_____

TOWERS WATSON & CO., now known as WTW Delaware Holdings, LLC

      Plaintiff - Appellant

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; FEDERAL INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; LIBERTY INSURANCE UNDERWRITERS, INC.; ALLIED WORLD NATIONAL ASSURANCE COMPANY; IRONSHORE INDEMNITY INC.

      Defendants - Appellees

and

U. S. SPECIALTY INSURANCE COMPANY

      Defendant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:20-cv-00810-AJT-JFA |

| | |
|---|---|
| Date notice of appeal filed in originating court: | 04/03/2024 |
| Appellant(s) | Towers Watson & Co. |
| Appellate Case Number | 24-1302 |
| Case Manager | Karen Stump<br>804-916-2704 |